IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALPI INTERNATIONAL, LTD.,

    Plaintiff,

  v.

AD-LINE INDUSTRIES, INC.,

    Defendant.

No. C 12-03050 WHA

**ORDER DENYING APPEARANCE BY TELEPHONE**

    The Court **DENIES** plaintiff's request to appear at the case management conference by telephone as the courtroom telephone equipment does not make it feasible to conduct hearings on the telephone.

**IT IS SO ORDERED.**

Dated: November 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE