IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPI INTERNATIONAL, LTD., | No. C 12-03050 WHA |
| Plaintiff, | |
| v. | **ORDER TO BRING MATERIALS** |
| AD-LINE INDUSTRIES, INC., | |
| Defendant. / | |

    For the December 13 hearing, counsel shall bring one copy of each original work and each accused product, which copies shall be lodged with the court.

**IT IS SO ORDERED.**

Dated: December 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE