Philip P. Mann (WSBA 28860)
phil@mannlawgroup.com
MANN LAW GROUP
John Whitaker (WSBA 28868)
john@wlawgrp.com
WHITAKER LAW GROUP
1218 Third Avenue, Suite 1809
Seattle, WA 98101
Telephone: 206-436-0900

Attorneys for Plaintiff
Alpi International, LTD.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPI INTERNATIONAL, LTD., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>AD-LINE INDUSTRIES, INC., <br><br>　　　　　Defendant. | Case No. C 12-03050 WHA <br><br> **STIPULATED PERMANENT INJUNCTION AND DISMISSAL** |

**STIPULATED DISMISSAL AND PERMANENT INJUNCTION**

COME NOW Plaintiff ALPI International, Ltd and Defendant AD-LINE Industries, Inc. and enter into this stipulated permanent injunction and order of dismissal. The parties agree as follows:

1. For purposes of this Stipulated Dismissal and Permanent Injunction, the following definitions shall apply:

    (a) "Defendant" shall mean AD-LINE INDUSTRIES, INC. and any individuals acting on behalf of or in concert with it.

(b) "Plaintiff" shall mean ALPI INTERNATIONAL, LTD and any individuals acting on behalf of or in concert with it.

(c) "Party" shall mean either Defendant or Plaintiff individually.

(d) "Parties" shall mean Defendant and Plaintiff collectively.

(e) "Copyrighted Works" shall mean each of those works of Plaintiff identified in the Complaint filed in this matter and enumerated in Exhibit A thereto, namely chicken, dog, penguin, cat, cow, dolphin, killer whale, ladybug, policeman and seal.

(f) "Accused Products" shall mean each of those products of Defendant identified in the Complaint filed in this matter and enumerated in Exhibit B thereto, namely chicken, dog, penguin, cat, cow, dolphin, killer whale, ladybug, policeman and seal.

2. Defendants, and all of their officers, directors, agents, servants, and employees, and all persons in active concert or participation or in privity with any of them, ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED from copying or distributing any of the Accused Products or any other product which represents a copy of the Copyrighted Works.

3. Violation of this Stipulated Consent Judgment and Permanent Injunction shall expose Defendants and all other persons bound by this Stipulated Consent Judgment and Permanent Injunction to all applicable penalties, including contempt of Court. In addition, should Defendant Ad-Line Industries, Inc. again sell or otherwise distribute any copies of the Accused Products, Defendant Ad-Line Industries, Inc. shall be liable to Plaintiff Alpi International, LTD in the amount of $300,000.00 per occurrence.

4. All claims and defenses that were or could have been brought in this action are hereby resolved by this Stipulated Consent Judgment and Permanent Injunction and dismissed with prejudice. Each party shall bear its own costs and fees.

5. The parties agree that this Permanent Injunction constitutes a significant and material component of the dismissal of this matter.

6. ~~This Court shall retain continuing jurisdiction over the Parties and the action for purposes of enforcing this Stipulated Consent Judgment and Permanent Injunction and/or enforcing the Parties' Settlement Agreement~~.

Dated: October 16, 2013

Respectfully submitted,

/s/ Philip P. Mann
Philip P. Mann
**MANN LAW GROUP**
John Whitaker
WHITAKER LAW GROUP
1218 Third Avenue
Suite 1809
Seattle, WA 98101
(206) 436-0900
phil@mannlawgroup.com
john@wlawgrp.com

Attorneys for Plaintiff
Alpi International, Ltd.

/s/ Otto O. Lee
Otto O. Lee
**Intellectual Property Law Group LLP**
12 South First Street, 12th Floor
San Jose, California 95113
Telephone: (408) 286-8933
Facsimile: (408) 286-8932
olee@iplg.com

Attorneys for Defendant
Ad-Line Industries, Inc.

1 | Pursuant to the foregoing stipulation of the parties,

2 | IT IS SO ORDERED.

3 | DATED this  17  day of   October  , 2013.

_____
William Alsup
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge William Alsup*

Presented by:

**MANN LAW GROUP**

By   /s/ Philip P. Mann
     Philip P. Mann
     **MANN LAW GROUP**
     John Whitaker
     WHITAKER LAW GROUP
     1218 Third Avenue
     Suite 1809
     Seattle, WA  98101
     (206) 436-0900
     phil@mannlawgroup.com
     john@wlawgrp.com

Attorneys for Plaintiff ALPI International, Ltd.

Approved for entry:

**Intellectual Property Law Group LLP**

   /s/ Otto O. Lee
   Intellectual Property Law Group LLP
   12 South First Street, 12th Floor
   San Jose, California 95113
   (408) 286-8933
   olee@iplg.com

   Attorneys for Defendant Ad-Line Industries, Inc.

**Stipulation**
4